DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SUSAN KELLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1507

————————————————

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Charlotte County; Donald H. Mason, Judge.

Susan Kelley, pro se.

PER CURIAM.

    Affirmed.

VILLANTI, SMITH, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.